**FORM 9**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 10-58010 |
| | : | |
| Kevin G Keyser | | |
| Joanie R. Keyser | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE TO THE CLERK OF
## SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of  $5.48 represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| City Of Columbus<br>910 Dublin Road<br>Columbus, Ohio 43215 | 1 | 1.04 |
| Pediatric Ophthalmology Associates<br>555 South 18th Street, Suite 4-C<br>Columbus, Ohio 43205 | 2 | 2.39 |
| LinCare<br>P.O. Box 8888<br>Toledo, Ohio 43623 | 14 | 2.05 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $___5.48_____ | $_____ |

Dated:  10/24/11            /s/Christal L. Caudill
                            Christal L. Caudill
                            Chapter 7 Trustee
                            3757 Attucks Drive
                            Powell, Ohio 43065
                            Telephone: 614-389-4940